JOHN W. SEAGER and Others v. MARTHA ARMSTRONG.[1]

December 14, 1906.

Nos. 14,934—(54).

Appeal by the plaintiffs, as trustees in bankruptcy of the estate of Moses K. Armstrong, bankrupt, from an order of the district court for Watonwan county, Quinn, J., acting for the judge of the sixth judicial district, denying plaintiffs' motion to substitute De Witt C. Armstrong as the executor of the last will of the deceased defendant, and refusing to grant plaintiffs permission to amend their complaint and a new trial. Affirmed.

J. L. Lobben and H. J. Peck, for appellants.

W. S. Hammond, for respondent.

PER CURIAM.

The facts in this case are identical with those in No. 53, Seager v. Armstrong, supra, page 526, and the same conclusion is reached.

Order affirmed.